ANDOVER WOOD PRODUCTS, INC.

v.

MAINE UNEMPLOYMENT INSURANCE COMMISSION.

Supreme Judicial Court of Maine.

Argued June 6, 1986.

Decided June 18, 1986.

Levenson & Vickerson, Alan J. Levenson (orally), Portland, for plaintiff.

James E. Tierney, Atty. Gen., David J. Perkins (orally), Pamela W. Waite, Asst. Attys. Gen., Augusta, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, VIOLETTE, GLASSMAN, and SCOLNIK, JJ.

MEMORANDUM OF DECISION

Andover Wood Products, Inc. appeals from the judgment of the Superior Court, Cumberland County, affirming the decision of the Maine Unemployment Insurance Commission (Commission) that Marlene A. Dunn is eligible for unemployment benefits. When the Superior Court acts in direct judicial review of the Commission's decision, we accord no deference to the judgment of that court. *See Look v. Maine Unemployment Insurance Commission*, 502 A.2d 1033, 1034 (Me.1985). Our careful review of the record discloses that the Commission properly determined Dunn did not engage in misconduct connected with work that would disqualify her from benefits. 26 M.R.S.A. § 1193(2) (Supp.1985–1986). *Cf. Look*, 502 A.2d at 1034–36.

The entry is:

Judgment affirmed.

All concurring.

STATE of Maine

v.

Donald B. NICKERSON.

Supreme Judicial Court of Maine.

Argued June 4, 1986.

Decided June 18, 1986.

Janet T. Mills, Dist. Atty., Kevin J. Regan (orally), Patricia A. Mador, Asst. Dist. Attys., South Paris, for plaintiff.

Turner & Whittier, P.A., David Q. Whittier (orally), Craig E. Turner, South Paris, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, VIOLETTE, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION

Donald B. Nickerson appeals from a judgment of the Superior Court, Oxford County, entered on a jury verdict of guilty of robbery in violation of 17–A M.R.S.A. § 651(1)(C) (1983). He challenges the sufficiency of the evidence to support findings that he used physical force, and that physical force, if any, was used with the required intent. Viewing the evidence in the light most favorable to the prosecution, we hold that the trier of fact rationally could find beyond a reasonable doubt every element of the offense charged. *See State v. Barry*, 495 A.2d 825, 826 (Me.1985).

The entry is:

Judgment affirmed.

All concurring.